UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LISA M WRIGHT,

          Plaintiff,

v.

NANCY A BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

CASE NO. 2:17-CV-01192-RAJ-DWC

REPORT AND RECOMMENDATION

Noting Date: January 29, 2018

    The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 13. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

    Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION - 1

On remand, the Court recommends the Administrative Law Judge (ALJ) shall:

- Further develop the record, including records from Rhea Crisostomo, M.D.;
- Consider the nature, severity and resulting limitations of the claimant's inflammatory arthritis, including whether the requirements of Listing 14.09 are met or equaled;
- Further evaluate the claimant's subjective symptom testimony; reconsider the claimant's residual functional capacity; and
- Issue a new decision.

The parties agree Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 29th day of January, 2018.

David W. Christel
United States Magistrate Judge